Amrane Cohen, Chapter 13 Trustee
770 The City Drive South, Suite 8500
Orange, CA 92868
Phone (714) 621-0200
Fax   (714) 621-0277

**United States Bankruptcy Court**
**Central District of California**

|  |  |
|---|---|
| Mooyun Kim | ) Chapter 13 <br> ) <br> ) Case No.: 8:12-bk-22053-TA <br> ) <br> ) **NOTICE OF UNCLAIMED DIVIDEND** <br> ) **(Bankruptcy Rule 3011)** <br> ) <br> ) <br> ) <br> ) |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Please find annexed hereto Check No. **302635** in the sum of **$2,411.19** representing an unclaimed dividend in the above-entitled Debtor's estate. Said sum is paid over to you pursuant to Bankruptcy Rule 3011.  The name and address of the party entitled to said unclaimed dividend is as follows:

    Mooyun Kim
    7109 Apricot Dr
    Irvine, CA 92618

Date: May 8, 2017        __/S/_____
                              Amrane Cohen, Chapter 13 Standing Trustee

1

| Case No. | Debtor Name(s) | | | SSN | Payment Amount | Interest Payment | Principal Payment |
|---|---|---|---|---|---|---|---|
| 1222053 | Mooyun Kim | | | XXX-XX-3534 | 2,411.19 | 0.00 | 2,411.19 |
| | ACCT: | Claim: 00000 | UCI: | | | | |
| | | | | TOTALS | 2,411.19 | 0.00 | 2,411.19 |

Mooyun Kim

BALANCE:        0.00      [0.00  104/00000]
SSN: XXX-XX-3534   SSN:
ACCT:                      CASE: 1222053
PRINCIPAL:    2,411.19    INTEREST:         0.00

DO NOT ACCEPT THIS CHECK UNLESS YOU CAN SEE A DUAL-TONE TRUE WATERMARK THAT APPEARS AS CONNECTING HEXAGONS WHEN HELD TO THE LIGHT AND "AMRANE COHEN" APPEARS WHEN VIEWED AT AN ANGLE.

**AMRANE COHEN**
**CHAPTER 13 TRUSTEE**
CHAPTER 13 TRUSTEE
PO BOX 809
ORANGE, CA  92856

SUNTRUST
800-786-8787

64-79 / 611

0302635

May 05, 2017

VOID 90 DAYS FROM DATE

*****$2,411.19

PAY   Two Thousand Four Hundred Eleven And 19 / 100 Dollars

TO THE ORDER OF   *U.S. BANKRUTCY COURT FISCAL DEPT.*
255 E. TEMPLE STREET
LOS ANGELES, CA  90012

⑈0302635⑈ ⑆061100790⑆ 000000575186 2⑈